UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

CR618 002

| UNITED STATES OF AMERICA | ) | INDICTMENT NO. |
| --- | --- | --- |
| | ) | |
| v. | ) | U. S. DISTRICT COURT |
| | ) | Southern District of Ga. |
| ANTHONY GOODMAN, | ) | Filed In Office |
| a/k/a "BUGGY FRESH" | ) | 2-7 20 18 |
| | ) | Deputy Clerk |

### ORDER

Based upon the application of the Government, and for good cause shown therein, it is hereby ORDERED:

That the above-styled indictment, and all process issued thereunder, be sealed until further Order of this Court, excepting only such disclosures as necessary to effect service of process.

So ORDERED this 7th day of February 2018.

_____
The Honorable G.R. Smith
United States Magistrate Judge
Southern District of Georgia