IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CRIMINAL ACTION NO.: 6:18cr002 |
| v. | |
| ANTHONY GOODMAN, | |
| Defendant. | |

## ORDER

This matter is before the Court on the Motion for Leave of Absence by Tara M. Lyons, counsel for Plaintiff, for the dates of June 20, 2019 through July 5, 2019 and July 15, 2019 through July 19, 2019. (Doc. 12.) After careful consideration, said Motion is **GRANTED**.

**SO ORDERED**, this 7th day of May, 2019.

_____
CHRISTOPHER L. RAY
MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA