UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION and STATESBORO DIVISION

IN RE:

LEAVE OF ABSENCE REQUEST
TARA M. LYONS
July 9, 2019 through July 15, 2019

Case Nos.:
CR419-036, C. Ruger
✓CR618-002, A. Goodman
CR618-012, D. Taylor

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 9, 2019 through July 15, 2019 for vacation out of state; same is hereby GRANTED.

This 18th day of June, 2019.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA