# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 6:18CR2 |
| | ) | |
| ANTHONY GOODMAN | ) | |
| | ) | |
| DEFENDANT. | ) | |

## ORDER

This matter is before the Court on the Application for Leave of Absence. (Doc. 38). After careful consideration and for good cause shown, the court GRANTS this motion.

THEREFORE, IT IS HEREBY ORDERED that Counsel Troy W. Marsh, Jr.'s, application for leave of absence from February 11, 2020 through February 14, 2020 be granted.

SO ORDERED this 9th day of January 2020.

Christopher L. Ray
United States Magistrate Judge
Southern District of Georgia